# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| *Carver, et al.*,<br><br>　　　　　　　Plaintiffs,<br><br>vs.<br><br>*Bank of New York Mellon, et al.*,<br><br>　　　　　　　Defendants. | No. 15-CV-10180 (JPO)(JLC) |

## NOTICE OF PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF PROPOSED CLASS ACTION SETTLEMENT

　　　　PLEASE TAKE NOTICE that upon the Stipulation and Agreement of Settlement dated December 14, 2018 (the "Stipulation") submitted herewith; the Parties' agreed-upon proposed Order Preliminarily Approving Settlement and Providing for Notice and its exhibits attached hereto; the accompanying memorandum of law; and all other papers and proceedings herein, Hedy L. Anselman, David Baumann, Carl Carver, Dante A. Dano, Jr., Edward C. Day, Landol D. Fletcher, Timothy R. Garrett, Dana Kellen, Deborah Jean Kenny, Lisa Parker, Edwin Scheibel, and Daryl Watkins (collectively, "Named Plaintiffs"), in their respective capacities as participants, beneficiaries, and/or trustees of one or more of the seven employee benefit plans named in the First Amended Consolidated Class Action Complaint (Dkt. No. 93), hereby move the Court, under Rule 23 of the Federal Rules of Civil Procedure, for entry of an order: (i) preliminarily approving the proposed Settlement in the Action; (ii) certifying the Settlement Class and appointing Named Plaintiffs as class representatives and Lead Plaintiffs' Counsel as class counsel, for purposes of the Settlement only; (iii) approving the manner and form of notice of the Settlement to Settlement Class Members; and (iv) scheduling a date and time for the Final

Approval Hearing to consider final approval of the Settlement and related matters.[1] Pursuant to the terms of the Stipulation, this motion is unopposed by Defendants.

Dated: December 14, 2018									Respectfully Submitted,

By: \s\Heather M. McElroy

Michael V. Ciresi (*pro hac vice*)
Jan M. Conlin (*pro hac vice*)
Heather M. McElroy *(pro hac vice)*
Barry M. Landy (*pro hac vice*)
CIRESI CONLIN LLP
225 South 6th Street, Suite 4600
Minneapolis, MN 55402
Telephone: (612) 361-8200
mvc@ciresiconlin.com
jmc@ciresiconlin.com
hmm@ciresiconlin.com
bml@ciresiconlin.com

Dated: December 14, 2018

By: \s\J. Brian McTigue
J. Brian McTigue (*pro hac vice*)
Regina M. Markey (*pro hac vice*)
MCTIGUE LAW LLP
4530 Wisconsin Ave., NW, Suite 300
Washington, DC 20016
Telephone: (202) 364-6900
bmctigue@mctiguelaw.com
rmarkey@mctiguelaw.com

Jonathan G. Axelrod
(NY Bar Number: 2012029)
BEINS, AXELROD, P.C.
1030 15th St. NW, Ste. 700
East Washington, DC 20005
Telephone: (202) 328-7222
jaxelrod@beinsaxelrod.com

---

[1] All capitalized terms used herein that are not otherwise defined herein have the meanings ascribed to them in the Stipulation.

                        Sidney H. Kalban, Esq. (SDNY Bar Number: SK3034)
360 West 31st St.
New York, NY 10001
Telephone: (212) 868-6825
itpelaw@msn.com

*Attorneys for Carver Plaintiffs*

4820-6818-8034, v. 1